# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERGIO MARQUEZ DIAZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>ANCAR SERVICES, LLC, et al.<br><br>    Defendants. | Case No. 1:16-cv-01157-JDB |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby dismiss this action against all defendants with prejudice, Plaintiffs to bear their own costs and attorney's fees.

Date: August 1, 2016

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*